UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN KINNEY, | CASE NO. C09-5499RBL |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | Noted for May 21, 2010 |
| Defendant. | |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4) and as authorized by Mathews, secretary of H.E.W. v. Weber, 423 U.S. 261 (1976).  This case is before the court on plaintiff's failure to respond to the court's order to show cause issued on February 5, 2010.  After carefully reviewing the record, the undersigned recommends that the case be dismissed for lack of prosecution.

Plaintiff Justin Kinney, resides in Suquamish, Washington.  On or about August 14, 2009, plaintiff submitted to the Court Clerk a civil complaint, alleging the Social Security Administration failed to properly consider his applications for social security benefits.

On August 26, 2009, the undersigned reviewed the record, including plaintiff's application to proceed *in forma pauperis*.  On the same date, the application was granted and

REPORT AND RECOMMENDATION - 1

the court explained it was plaintiff's responsibility to properly serve his Complaint on three particular defendants.  *See* Doc. 2.

On February 5, 2010, noting no activity in the case, the undersigned reviewed the file and found defendant had not answered the complaint, but plaintiff had not filed proof of service. Accordingly, the court issued an order to plaintiff, directing plaintiff to file proof of service by not later than March 3, 2010.  The court specifically explained that Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served within 120 days after the complaint is filed and that Rule 4(l) requires proof of service to be filed or made to the court.  Fed. R. Civ. P. Rule 4(m) & (l).

To date, the clerk has not received any pleadings or documents from plaintiff responding to the court orders requiring him to file proof of service.

## CONCLUSION

Based on the foregoing and in accordance with Local General Rule GR3, the Court should dismiss this matter for lack of prosecution.  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **May 21, 2010**, as noted in the caption.

DATED this 30th day of April, 2010.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2