# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUSTIN KINNEY,

      v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

C09-5499RBL

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     Plaintiff's claims and causes of action are DISMISSED, without prejudice, for lack of prosecution

| | |
|---|---|
| May 28, 2010<br>Date | BRUCE RIFKIN<br>Clerk |
| | *s/ Mary Trent*<br>Deputy Clerk |